UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:08-cv-80512-DMM

| | |
|---|---|
| JEFF DORIA, INFINITY FINANCIAL, PARTNERS, INC., and CENTURY TRADING GROUP, LLC | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| CLASS ACTION SERVICES, LLC, CYPRESS FINANCIAL RESEARCH, LLC, MARK ZINN, MARK DONALDSON, JONATHAN WADE, and JEFF GUSHE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CLASS ACTION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Class Action Services, LLC, states that it is not owned by a parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                                                   Walter J. Mathews & D. Patricia Wallace
                                                                   Fla. Bar Nos. 0174319 & 0185930
                                                                   wjmathews or pwallace@wjmlawfirm.com
                                                                   Walter J. Mathews, P.A.
                                                                   Attorneys for Defendant
                                                                   Courthouse Law Plaza
                                                                   700 SE Third Avenue, Suite 300
                                                                   Fort Lauderdale, Florida 33316
                                                                   Tel:    (954) 463-1929 Fax: -1920

                                                  By:     s/ D. Patricia Wallace
                                                                          D. Patricia Wallace

Case No. 9:08-cv-80512-DMM

CERTIFICATE OF SERVICE

I certify that that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on David Feingold, counsel for Plaintiffs, via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ D. Patricia Wallace
D. Patricia Wallace
